UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEN ESPINOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 14-cv-03057-KAW<br><br>ORDER TO SHOW CAUSE |

On July 11, 2014, the Court dismissed Plaintiff's complaint, and gave Plaintiff until July 25, 2014 to file her first amended complaint. (Dkt. No. 5.)

To date, Plaintiff has not filed an amended complaint. By August 15, 2014, Plaintiff shall file her first amended complaint. Additionally, by August 15, 2014, Plaintiff shall respond to this order to show cause by explaining her failure to timely file an amended complaint and why her case should not be dismissed for failure to prosecute. Failure to both timely file an amended complaint and respond to this order to show cause may result in the dismissal of this action with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: August 5, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge