UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEN ESPINOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No.  14-cv-03057-KAW<br><br>SECOND ORDER TO SHOW CAUSE |

On July 11, 2014, the Court dismissed Plaintiff's complaint, and gave Plaintiff until July 25, 2014 to file her first amended complaint. (Dkt. No. 5.)  On August 5, 2014, the Court issued an order to show cause, ordering Plaintiff to both file her amended complaint and to separately respond to the order to show cause by August 15, 2014. (Dkt. No. 6.)  Plaintiff did neither.

Accordingly, the Court issues this second order to show cause.  Plaintiff shall file her amended complaint on or before September 2, 2014.  Additionally, by September 2, 2014, Plaintiff shall respond to this second order to show cause to explain her failure to file an amended complaint and respond to the first order to show cause, and address why her case should not be dismissed for failure to prosecute.  Failure to both file an amended complaint and respond to this second order to show cause by September 2, 2014, will result in the reassignment of this case to a district judge with the recommendation that the action be dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: August 26, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge